# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| THOMAS FISH, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-0025-CV-W-DW |
| WILLIAM JEWELL COLLEGE, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is the parties Notice of Settlement. (Doc. 90). Parties move the Court to dismiss this case with prejudice. The Court ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE without taxation of costs, except the parties shall split equally the costs incurred under Local Rule 83.10. See Fed. R. Civ. P. 41. The clerk of the court shall mark this case as closed.

Date: September 21, 2006

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court